UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60248-BLOOM/Valle

GARFIELD SPENCE,

    Plaintiff,

v.

VACATION RESORTS DEVELOPMENT, INC.
and INVERRARY RESORT HOTEL
CONDOMINIUM ASSOCIATION, INC.,

    Defendants.
_____/

## ORDER ON AGREED MOTION TO VACATE
## DEFAULT AND DEFAULT FINAL JUDGMENT

**THIS MATTER** is before the Court on Agreed Motion to Vacate Default and Default Final Judgment, ECF No. [17] ("Agreed Motion"), filed on April 7, 2017. On March 10, 2017, Plaintiff Garfield Spence ("Spence") filed a Verified Motion for Clerk's Entry of Default Against Defendants, ECF No. [10]. The Clerk of Court entered a default against Defendants Vacation Resorts Development, Inc. and Inverrary Resort Hotel Condominium Association, Inc. ("Inverrary") (together, "Defendants"). *See* ECF No. [11] ("Clerk's Default"). Thereafter, Spence filed a motion for default judgment against Defendants, ECF No. [13], which the Court granted, ECF No. [14]. Accordingly, the Court entered a Final Default Judgment against Defendants on April 3, 2017. *See* ECF No. [15] ("Default Judgment"). On April 5, 2017, a suggestion of bankruptcy was filed on behalf of Inverrary, ECF No. [16], informing the Court that Inverrary had filed a Chapter 11 bankruptcy proceeding (case number 16-17792-JKO). Therefore, Spence and Inverrary filed the Agreed Motion, requesting that this Court vacate the

Case No. 17-cv-60248-BLOOM/Valle

Default Judgment and Clerk's Default against Inverrary. The Court has reviewed the Agreed Motion, the record in this case and the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Agreed Motion, **ECF No. [17]**, is **GRANTED**.

2. The Clerk's Default, **ECF No. [11]**, and Final Default Judgment, **ECF No. [15]**, are **VACATED**, only as to Defendant Inverrary Resort Hotel Condominium Association, Inc.

3. The case shall be **STAYED** pending resolution of bankruptcy proceedings against Inverrary.

4. The Court's Order Requiring Scheduling Report and Certificates of Interested Parties, ECF No. [18], is **VACATED**.

5. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this 13th day of April, 2017.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

cc:   counsel of record